**James O. Ellison**
**Senior Judge**

**United States District Court**
**Northern District of Oklahoma**
**224 S. Boulder**
**United States Courthouse**
**Tulsa, Oklahoma 74103**

(918) 581-7931

July 13, 2004

FINANCIAL
DISCLOSURE OFFICE

RECEIVED

2004 JUL ... A 10: 5...

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re:    Calendar Year 2003 Filing - Financial Disclosure Report

Dear Judge Lisi:

      With regard to your letter dated July 2, 2004 regarding the captioned report, please consider the following information as an amendment to my 2003 report:

      Paragraph 2 of your inquiry: Part VII - line 20: please add this additional information to Section VIII of my 2003 report, which appeared in my 2002 report in Section VIII: The purchase price was $62,000.00, of which $54,885.03 was an assumption of an existing first mortgage and the balance of $7,278.64 was paid from our savings account at Tulsa Federal Employees Credit Union. The date of purchase for this property was 4-27-94. The reduction of mortgage by monthly payments and appreciation in value establishes an equity of $30,000.00.

      Paragraph 3 of your inquiry: Please amend Section VII - line 20 as follows:   Column C should be blank.

      Paragraph 4 of your inquiry: As stated in my letter dated July 30, 2003, because I received no income from these two properties, I omitted reference to the royalty interest. As I have previously reported (letter dated September 18, 2002), I have had mineral interests for over thirty years and have never sold any of them. Please amend my 2003 report as follows:

## Part VII:

| A. Asset | B. Income (1)(2) | | C. Gross value (1)(2) | |
|---|---|---|---|---|
| Royalty interest, Hughes County, OK | A | Royalty | J | W |
| Royalty interest, Creek Co. OK | A | Royalty | J | W |

I now understand that each report must be complete in and of itself. Please contact me if any further explanation or additional information is required.

Very truly yours,

James O. Ellison
United States District Judge

JOE:bjh

RECEIVED '00 JUL A 10:5 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ELLISON, JAMES O | 2. Court or Organization<br><br>N.D. OF OKLAHOMA | 3. Date of Report<br><br>04/26/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date    11/05/1979<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>224 SOUTH BOULDER<br>ROOM 310<br>TULSA, OK 74103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. COMMUNITY REPRESENTATIVE -<br>INSTITUTIONAL REVIEW BOARD | HILLCREST MEDICAL CENTER, TULSA, OKLAHOMA |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 3 11 57 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ARTIST-SELF EMPLOYED - PROCEEDS IN EXCESS OF $1,000 - BENEFITS FROM AUCTION FOR ALZHEIMERS ASSOCIATION |
| 2. | 2003 | ARTIST-SELF EMPLOYED |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. F&M BANK & TRUST COMPANY, TULSA, OKLAHOMA | LOAN | L |
| 2. | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| ELLISON, JAMES O | | | 04/26/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. F&M BANK & TRUST COMPANY, TULSA, OK | C | Interest | L | T | | | | | |
| 2. TULSA FED. EMPLOYEES CREDIT UNION, TULSA, OK | B | Interest | J | T | | | | | |
| 3. MINERAL RIGHTS, CHESAPEAKE OPERATING, INC., CADDO CO., OK - | B | Royalty | J | W | | | | | |
| 4. MINERAL RTS., NAVAJO REF.CO., CROCKETT CO.&SCHLEICHER CO.TX | A | Royalty | J | W | | | | | |
| 5. MINERAL RIGHTS, PREMIER ENERGY , CADDO CO., OKLA | A | Royalty | J | W | | | | | |
| 6. MINERAL RTS, TXP, INC., SCHLEICHER CO., TX | A | Royalty | J | W | | | | | |
| 7. MINERAL RTS. EOG RESOURCES, CROCKETT CO., TEXAS | B | Royalty | J | W | | | | | |
| 8. MINERAL RTS., WTG EXPLORATION, CROCKETT CO., TEXAS | B | Royalty | J | W | | | | | |
| 9. MINERAL RTS., ANGEL EXPLOR., WOODWARD CO., OK | B | Royalty | J | W | | | | | |
| 10. MINERAL RTS., COMBINED RESOURCES, WOODS CO., OK | A | Royalty | J | W | | | | | |
| 11. MINERAL RTS., DEVON ENERGY, CROCKETT CO., TEXAS | A | Royalty | J | W | | | | | |
| 12. MINERAL RTS., SINGER OIL, KAY COUNTY, OKLAHOMA | A | Royalty | J | W | | | | | |
| 13. MINERAL RTS., WHITEHORSE, INC., WOODS CO., OKLAHOMA | A | Royalty | J | W | | | | | |
| 14. MINERAL RTS., PLAINS MARKETING, CREEK CO., OKLA. | A | Royalty | J | W | | | | | |
| 15. MINERAL RTS., CONOCO INC. - SCHLEICHER CO., TEXAS | A | Royalty | J | W | | | | | |
| 16. MINERAL RTS. SUNOCO INC. - LINCOLN CO., OKLA | A | Royalty | J | W | | | | | |
| 17. MINERAL RIGHTS - WESTPORT OIL, GARVIN CO., OKLAHOMA | A | Royalty | J | W | | | | | |
| 18. MINERAL RTS - UNIT PETROLEUM - SCHLEICHER CO., TEXAS | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, JAMES O | 04/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MINERAL RTS. TEXARKOMA MINERALS, REEVES CO., TEXAS | B | Distribution | J | W | | | | | |
| 20. HOUSE, TULSA, OKLAHOMA | | None | K | R | SOLD | 05/30 | L | E | WILLIAM ELLER III |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>ELLISON, JAMES O | Date of Report<br><br>04/26/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION I – POSITIONS - THIS BOARD REVIEWS EXPERIMENTAL MEDICAL PROTOCOLS TO PROTECT PARTICIPANTS.

SECTION VII - LINE 1 - THIS CERTIFICATE OF DEPOSIT WAS TERMINATED AT FIRST NATIONAL BANK OF PAWNEE AND REINVESTED IN THE SAME AMOUNT AT F&M BANK & TRUST CO. OF TULSA, OK.

SECTION VII - LINE 3 (2004 REPORT) - MINERAL RIGHTS - CHESAPEAKE OPERATING, INC. - NEW PAYOR IN 2003

SECTION VII - PURSUANT TO YOUR DIRECTION IN A LETTER DATED JULY 28, 1999, I AM OMITTING "INVESTMENT" FOR SWORDFISH RECORDS SINCE THERE IS NOTHING TO REPORT FOR THE CURRENT REPORTING PERIOD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _April 28, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544